United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 17-12652-VZ
Franco Serge Brunetti                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin            Page 1 of 1           Date Rcvd: Mar 24, 2017
                             Form ID: odspb          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db             +Franco Serge Brunetti,   1717 Melwood Dr,   Glendale, CA 91207-1013
smg             Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
cr             +U.S. Bank NA, successor trustee to Bank of America,   c/o McCarthy & Holthus, LLP,
                1770 Fourth Avenue,   San Diego, CA 92101-2607
37652460       +PNC Mortgage,   1 PNC Plaza,   249 5th Ave,   Pittsburgh PA 15222-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Mar 25 2017 02:28:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
                P.O. Box 826880,   Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Mar 25 2017 02:28:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
                P.O. Box 2952,   Sacramento, CA  95812-2952
                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
             Merdaud  Jafarnia   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America,
              NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu
              Mortgage Pass-Through Certificates, Series 2007-HY6, bknotice@mccarthyholthus.com,
              mjafarnia@ecf.inforuptcy.com
             Nancy K Curry (TR)    TrusteeECFMail@gmail.com
             Robert P Zahradka    on behalf of Interested Party   Courtesy NEF ecfcacb@aldridgepite.com,
              RPZ@ecf.inforuptcy.com;rzahradka@aldridgepite.com
             United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
             Valerie  Smith   on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
                                                                             TOTAL: 5

Form odspb–odspab VAN–21)
Rev. 06/2014

## United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## <u>ORDER AND NOTICE OF DISMISSAL FOR</u>
## <u>FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN</u>

**DEBTOR INFORMATION:**
Franco Serge Brunetti

**BANKRUPTCY NO.**  2:17–bk–12652–VZ

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–4037
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 3/24/17

**Address:**
1717 Melwood Dr
Glendale, CA 91207

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)   The case is dismissed.

2)   The automatic stay is vacated.

3)   Any discharge entered in this case is vacated.

4)   The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: March 24, 2017

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form odspb–odspab/autodismi VAN–21) Rev. 06/2014

**17 / AUT**